

1  Scott W. Horngren OSB No. 88060
   email: horngren@hk-law.com
2  Shay S. Scott OSB No. 93421
   email: sscott@hk-law.com
3  HAGLUND KELLEY HORNGREN JONES & WILDER LLP
   1800 One Main Place
4  101 S.W. Main Street
   Portland, Oregon 97204-3226
5  Phone: (503) 225-0777
   Facsimile: (503) 225-1257
6
7          Attorneys for Plaintiff
8
9
10                 UNITED STATES DISTRICT COURT
11                     DISTRICT OF OREGON
12
13 BUSE TIMBER & SALES, INC., a    )   Civil No. CV 10-112-HA
   Washington corporation,         )
14                                 )
          Plaintiff,                )
15                                 )   MOTION FOR ISSUANCE OF
          v.                        )   PROVISIONAL PROCESS (WRIT OF
16                                 )   ATTACHMENT)
   NORTH PACIFIC GROUP, INC., an   )
17 Oregon corporation, and EDWARD  )   Oral Argument Requested
   HOSTMANN, INC., Receiver,       )
18                                 )
          Defendants.               )
19
          Pursuant to Fed. R. Civ. P. 64 and ORCP 83 D and E and
20
   ORCP 84 A(2)(a), plaintiff moves the Court for an Order requiring
21
   defendants and all other persons claiming an interest in the
22
   lumber plaintiff sold to defendant North Pacific Group, Inc.,
23
   between December 2009 and January 2010 to appear and show cause
24
   why provisional process should not issue against the property in
25
   the form of Writ of Attachment.
26

Page 1 -  MOTION FOR ISSUANCE OF PROVISIONAL PROCESS
                                              HAGLUND KELLEY HORNGREN JONES & WILDER LLP
                                                         ATTORNEYS AT LAW
                                                          ONE MAIN PLACE
                                                    101 SW MAIN STREET, SUITE 1800
                                                    PORTLAND, OREGON 97204-3226

                                                          F:\SWH\j15029.wpd

Pursuant to Local Rule 7.1, plaintiff's counsel Scott W. Horngren conferred with the receiver Edward Hostmann, Inc.'s counsel Martin Meyers regarding payment of the outstanding balance owed to Buse Timber & Sales, Inc. or recovery of the lumber, this motion is opposed.

In addition to the Points and Authorities below, this motion is supported by the Court's records and files, including plaintiff's Complaint and the supporting declaration of Ron Smith, plaintiff's President and General Manager, filed herewith.

**POINTS AND AUTHORITIES**

Prejudgment attachment is allowed under ORCP 84 A(2)(a) in actions upon contract, expressed or implied, for the direct payment of money when the contract is unsecured. Attachment is available where favorable judgment is virtually certain and the movant has complied with the steps and procedures provided under ORCP 83. The primary requirement is that the entire claim be liquidated. State ex rel Bethke v. Bain, 193 Or. 688, 701 (1952). Attachment is an equitable remedy distinct from a reclamation under the Uniform Commercial Code. See In Re: Marin Motor Oil, Inc., 740 F.2d 220, 224 (3rd Cir. 1984)("reclamation, on the other hand, is a separate remedy explicitly created by the U.C.C.C. to supplement a seller's right to other legal and equitable relief.").

Plaintiff's likelihood of prevailing on the merits in this action for breach of contract is virtually certain. Between December 2009 and January 2010, plaintiff sold defendant North Pacific Group, Inc., lumber of unique dimensions valued at

Page 2 - MOTION FOR ISSUANCE OF PROVISIONAL PROCESS

HAGLUND KELLEY HORNGREN JONES & WILDER LLP
ATTORNEYS AT LAW
ONE MAIN PLACE
101 SW MAIN STREET, SUITE 1800
PORTLAND, OREGON 97204-3226

F:\SWH\j15029.wpd

$104,863.68. Sales were made under a total of ten (10) separate invoices, each requiring payment within 11 days. The last invoice was dated January 5, 2010, with a payment due on January 16, 2010. As of the date of filing, defendants have refused to pay any amount toward the sales, despite repeated requests and demands to do so.

Furthermore, plaintiff has learned that defendants have immediate plans to ship the unpaid lumber overseas for sale to an innocent purchaser which would place this property beyond the reach of plaintiff.

As further explained in the supporting declaration of Ron Smith, plaintiff has an immediate need to the proceeds for the sale of this lumber. Declaration of Ron Smith. The lumber industry is in the worst condition in decades and the loss of the $104,863.68 will significantly harm the business. Id. at ¶ 12.

For the reasons set forth above, in plaintiff's Complaint, and the supporting declaration of Ron Smith, the Court should issue an Order requiring defendants and all other persons claiming an interest in the above property to appear and show cause why provisional process should not issue in the form of a Writ of Attachment. Alternatively, the Court should issue a temporary restraining order enjoining defendants from transferring the property out of state.

Page 3 -   MOTION FOR ISSUANCE OF PROVISIONAL PROCESS

HAGLUND KELLEY HORNGREN JONES & WILDER LLP
ATTORNEYS AT LAW
ONE MAIN PLACE
101 SW MAIN STREET, SUITE 1800
PORTLAND, OREGON 97204-3226

F:\SWH\j15029.wpd

1  DATED this 3rd day of February, 2010.

2  HAGLUND KELLEY HORNGREN JONES & WILDER LLP

4  By: /s/ Scott W. Horngren
   Scott W. Horngren OSB No. 88060
5  Shay S. Scott OSB No. 93421
   Attorneys for Plaintiff
6  (503) 225-0777

7
   Scott W. Horngren OSB No. 88060
8  Trial Attorney

Page 4 - MOTION FOR ISSUANCE OF PROVISIONAL PROCESS

HAGLUND KELLEY HORNGREN JONES & WILDER LLP
ATTORNEYS AT LAW
ONE MAIN PLACE
101 SW MAIN STREET, SUITE 1800
PORTLAND, OREGON 97204-3226

F:\SWH\15029.wpd

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for Issuance of Provisional Process on the following party(ies):

Martin Meyers
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205

    Attorney for Defendant Edward Hostmann, Inc.

George K. Fogg
Perkins Coie, LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209

    Attorney for Defendant North Pacific Group, Inc.

by mailing a true and correct copy thereof to said party(ies) on the date stated below.

DATED this 3rd day of February, 2010.

/s/ Scott W. Horngren
Scott W. Horngren OSB No. 88060
Attorneys for Plaintiff

1 - CERTIFICATE OF SERVICE

HAGLUND KELLEY HORNGREN JONES & WILDER LLP
ATTORNEYS AT LAW
ONE MAIN PLACE
101 SW MAIN STREET, SUITE 1800
PORTLAND, OREGON 97204-3226

F:\SWH\j15029.wpd